# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHI ORLANDO BRIONES,
Appellant,

vs.

WILLIAM A. GITTERE, WARDEN, ESP,
Respondent.

No. 82227

**FILED**

JAN 07 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed the notice of appeal on December 14, 2020. Thus, the notice of appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-00459

cc:    Hon. Valerie Adair, District Judge
        Richi Orlando Briones
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk